UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                       Plaintiff,

        -against-

ORANGE COUNTY JAIL, ET AL.,

                  Defendants.

24cv3354 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    September 17, 2024
            New York, New York

                                   /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                              Chief United States District Judge